AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Steven Martinez, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent employed by the United States Secret Service (USSS). I am assigned to the San Juan, Puerto Rico Resident Office, and have been so employed for a year and six months. My training and experience includes Special Agent training at the Federal Law Enforcement Training Center, Glynco, Georgia and the United States Secret Service Training Academy, James J. Rowley Training Center, Beltsville, Maryland. I am a former Puerto Rico State Correctional Officer and Bureau of Prisons Correctional Officer. I received the Special Act Award in the Bureau of Prisons for finding contraband.

2. The facts set forth herein are based on information received from state and federal law enforcement officers, my participation in this investigation, and my training and experience. I have drafted this affidavit for the limited purpose of establishing probable cause to believe that Migdoel Cruz-Ruiz violated Title 18, United States Code, Section 871. Accordingly, I have not set forth each and every fact that I know about the investigation described herein.

## BACKGROUND OF INVESTIGATION

3. On January 12, 2019, a Threat Intake Examiner (TIE) with the FBI National Threat Operations Center (NTOC) contacted the Protective Intelligence Operation Center (PIOC) to report the following incident:

    - At approximately 2:15pm, an unknown male subject, who was ultimately identified as Migdoel Cruz-Ruiz, contacted the FBI/NTOC via telephone, and made threats to blow up the White House and multiple U.S. cities. Cruz-Ruiz refused to provide any

    identifying information during the telephone call. Cruz-Ruiz asked for a Spanish interpreter and stated he was not going to be the FBI's informant. Cruz-Ruiz claimed he was going to attempt to kill President Trump, as well as destroy Newark, Boston, Colorado, and the White House "very soon." Cruz-Ruiz further stated no one will know when he is coming and stated, "There is a button that will detonate bombs simultaneously and destroy them all." Cruz-Ruiz claimed that this was being done in vengeance for things the United States did to the people of Pakistan, India, and Iran.

- At one point, Cruz-Ruiz began speaking in what sounded like Arabic. The FBI interpreter could not understand what the unknown Cruz-Ruiz was saying; however, Cruz-Ruiz made a statement about a sacrifice for the Quran and Allah. Cruz-Ruiz stated he did not consider himself Puerto Rican any longer and claimed he was involved with the Twin Towers and the Boston Marathon. He claimed he had traveled extensively since 1998, while utilizing multiple different passports.

4. On January 14, 2019, at approximately 12:15pm, affiant, a Secret Service agent, and agents of the FBI went to a residence located in Quebradillas, Puerto Rico to interview Cruz-Ruiz. Cruz-Ruiz was not present. Later, Cruz-Ruiz's uncle took the agents to another residence in Quebradillas so that they could meet Cruz-Ruiz. After detaining Cruz-Ruiz, Secret Service agents took him to the vehicle where he would be transported to the San Juan Resident Office. While walking to the vehicle, Cruz-Ruiz spontaneously uttered that President Trump is not safe because he (i.e., Cruz-Ruiz) planned to carry out attacks.

5. On the morning of January 15, 2019, in the San Juan Resident Office, Cruz-Ruiz was advised of his *Miranda* rights, which he voluntarily waived. Cruz-Ruiz acknowledged that the reason he had been detained was because he had made threats, and specifically

acknowledged having threatened to kill President Donald J. Trump, who is the current President of the United States.

## CONCLUSION

6. Based on the foregoing, I respectfully submit that there exists probable cause to charge Migdoel Cruz-Ruiz with a violation of Title 18, United States Code, Section 871.

I hereby declare that the above affidavit is true and correct to the best of my knowledge pursuant to the investigation conducted in this case.

_____
Special Agent Steven Martinez
United States Secret Service

Sworn to and subscribed before me on this 15th day of January, 2019

_____
Bruce J. McGiverin
United States Magistrate Judge