UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MIGDOEL CRUZ-RUIZ,<br>            Defendant. | Criminal No. 19-62 (RAM) |

## MOTION TO DISMISS INDICTMENT

The United States writes respectfully to inform the Court that it will not be seeking further review of the Court's release orders, or a further extension of the stay put in place on March 8, 2022, Docket No. 104. Accordingly, the United States respectfully requests dismissal of the pending indictment pursuant to Federal Rule of Criminal Procedure 48(a).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of March, 2022.

                                              W. STEPHEN MULDROW
                                              United States Attorney

                                              */s/ Alexander L. Alum*
                                              Alexander L. Alum – G01915
                                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send automatic notification to defendant's attorney and the probation officer.

                                              */s/ Alexander L. Alum*
                                              Alexander L. Alum
                                              Assistant United States Attorney